IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| LUCY NSUDE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No: 4:04-CV-1066-DW |
| ) | |
| SENIOR STAR DEVELOPMENT COMPANY, ) | |
| INC., d/b/a VILLA VENTURA RETIREMENT ) | |
| COMMUNITY, ) | |
| ) | |
| and ) | |
| ) | |
| SENIOR STAR MANAGEMENT COMPANY, ) | |
| INC., d/b/a VILLA VENTURA RETIREMENT ) | |
| COMMUNITY, ) | |
| ) | |
| Defendants. ) | |

# ORDER

Pending before the Court is the parties' Stipulation of Dismissal with Prejudice (Doc. 13). The parties move the Court to dismiss this case with prejudice with each side to bear its own costs, including attorney fees. Pursuant to the stipulation, the Court ORDERS that the above-captioned case be DISMISSED WITH PREJUDICE with each party to bear its own costs. See Fed. R. Civ. P. 41(a)(1). The clerk of court shall mark this case as closed.

SO ORDERED.

/s/ DEAN WHIPPLE
Dean Whipple
United States District Judge

Date:  August 24, 2005